# Court of Appeals
# of the State of Georgia

ATLANTA, November 29, 2023

*The Court of Appeals hereby passes the following order*

**A24D0143. WILLIE BILL MAYBERRY, JR. v. STEPHANIE J. BRIGHT, f/k/a STEPHANIE J. BRIGHT-MAYBERRY.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

20101173



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, November 29, 2023.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*